NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LARAY J. BENTON,**
*Petitioner,*

**v.**

**NUCLEAR REGULATORY COMMISSION,**
*Respondent.*

---

2015-3004

---

Petition for review of the Merit Systems Protection Board in No. DC-1221-13-0508-W-1.

---

**ON MOTION**

---

**O R D E R**

LaRay J. Benton moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

2             BENTON v. NUCLEAR REGULATORY COMMISSION

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court


s21